UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE EDWARD BAR,

          Plaintiff,

v.

KALITTA CHARTERS II, LLC,

          Defendant.
_____/

Case No. 21-cv-11444

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

Dated: October 25, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge