# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Terrance Edward Bar, | ) |
| | ) No. 2:21-cv-11444 |
| Plaintiff, | ) |
| | ) Hon. Paul D. Borman |
| v. | ) |
| | ) Magistrate David R. Grand |
| Kalitta Charters II, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

Please enter my appearance as counsel for Defendant Kalitta Charters II, LLC in the above-captioned matter.

Dated: October 17, 2023

Respectfully submitted,

FITZPATRICK, HUNT & PAGANO, LLP

By: s/ Shane B. Nichols_____
Shane B. Nichols
shane.nichols@fitzhunt.com
FITZPATRICK, HUNT & PAGANO, LLP
10 South LaSalle St., Suite 3400
Chicago, IL 60603
(312)728-4902
State Bar No. 6313605 (IL)

## CERTIFICATE OF SERVICE

I, Shane B. Nichols, hereby certify that on October 17, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the ECF system, which sends notifications of such filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of October 2023

                                           By: s/ Shane B. Nichols_____
                                                 Shane B. Nichols
                                                 shane.nichols@fitzhunt.com
                                                 FITZPATRICK, HUNT & PAGANO, LLP
                                                 10 South LaSalle St., Suite 3400
                                                 Chicago, IL 60603
                                                 (312)728-4902
                                                 State Bar No. 6313605 (IL)